## STATE OF CONNECTICUT *v.* TERRANCE WORTHAM

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 635 (AC 22788), is denied.

*Gerald Bodell*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided February 18, 2004

## STATE OF CONNECTICUT *v.* GUADALUPE LEON-ZAZUETA

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 678 (AC 23251), is denied.

*Peter A. Kelly*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided February 18, 2004